FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEIDI DUDNEY,<br><br>               Plaintiff,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation,<br><br>               Defendant. | NO: 4:20-CV-5107-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulation for Dismissal with Prejudice, ECF No. 15. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal with Prejudice, **ECF No. 15**, is **APPROVED**.

2. Plaintiff's Complaint is **dismissed with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    4. All scheduled court hearings, if any, are **STRICKEN**.

2    **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

3 Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

4 **close this case**.

5    **DATED** March 3, 2021.

6

7
 *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2